IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LORA L. SPENCE, | : | |
| Plaintiff, | : | Case No. 3:11cv00341 |
| vs. | : | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendant. | : | |

**ORDER**

This social security case is before the Court upon the parties' Joint Stipulation to File the Administrative Record and Reinstate the Scheduling Order (Doc. #15), and the record as a whole. On September 26, 2012, Defendant informed the Court that Plaintiff had provided nearly all the missing records needed to produce an administrative record in this case. The Court was also informed that "[w]ithin thirty days, Defendant will verify whether the records are fair and accurate copies that correspond to the missing exhibits. If Defendant determines that the additional records contain any material omissions or deficiencies it will notify the Court and attempt to resolve any such discrepancies with Plaintiff." (Doc. #15 at 3). On the other hand, Defendant noted that "[i]f, as it now appears, the additional, recently submitted records are fair and accurate copies that correspond to the missing exhibits, Defendant will produce an administrative record

containing all available records." *Id.*

As Defendant has not notified the Court regarding any material omissions or discrepancies within thirty days from the date the Joint Stipulation (Doc. #15) was filed, the Court assumes no such omissions or discrepancies exist that prevent Defendant from filing the administrative record. As such, Defendant is hereby **ORDERED** to file the administrative record **on or before November 16, 2012.** Thereafter, Plaintiff's Statement of Specific Errors is due **on or before December 17, 2012**, and Defendant's Response is due **on or before January 17, 2013.**

**IT IS SO ORDERED**.

November 1, 2012

                                               s/Sharon L. Ovington
                                               Sharon L. Ovington
                                       United States Magistrate Judge