## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LORA L. SPENCE, | : | |
| Plaintiff, | : | |
| | | Case No. 3:11cv00341 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

═══════════════════════════════════════════════════════

## DECISION AND ENTRY

═══════════════════════════════════════════════════════

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #23), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 2, 2013 (Doc. #23) is ADOPTED in full;

2. Plaintiff's Motion for Leave to File Excess Pages (Doc. #22) is granted;

3. The Commissioner's final partial non-disability decision is reversed;

4. Plaintiff Lora Spence's case is REMANDED to the Social Security Administration for payment of Disability Insurance Benefits based on her claimed disability onset date of September 1, 2003, consistent with the Social Security Act;

5. Plaintiff Lora Spence's case is REMANDED to the Social Security Administration for payment of Supplemental Security Income based on her application protectively filed on December 26, 2007, consistent with the Social Security Act; and,

6. This case is terminated on the docket of this Court.

October 29, 2013                              **\*s/THOMAS M. ROSE**

_____
                                   Thomas M. Rose
                              United States District Judge