# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LORA L. SPENCE, | : | |
| Plaintiff, | : | |
| | | Case No. 3:11cv00341 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon the Motion By Plaintiff's Attorney For Fees Under The Social Security Act, 42 U.S.C. §406(b). (Doc. #30). The Commissioner has neither responded to nor opposed the Motion, and the time for filing such opposition has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).

The Motion seeks an award of attorney fees under 42 U.S.C. §406(b)(1) in the total amount of $21,150.00. In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b) in the amount the Motion seeks.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion By Plaintiff's Attorney For Fees Under The Social Security Act, 42 U.S.C. §406(b) (Doc. #30) is GRANTED; and

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b) in the amount of $21,150.00.

August 13, 2015                                    *s/Thomas M. Rose

                                                   _____
                                                   Thomas M. Rose
                                                   United States District Judge